# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 21, 2013

146968 & (17)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
            Plaintiff-Appellee,

v

JAMAL BOWMAN,
            Defendant-Appellant.

SC: 146968
COA: 314537
Kent CC: 12-006429-FC

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the March 7, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 21, 2013

_____
Clerk

p0520